```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 01818
   CARL TAYLOR
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3625

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/28/2008 and was not confirmed.

     The case was dismissed without confirmation 03/24/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED         1620.92            .00             .00
WILSHIRE CREDIT CORP       NOTICE ONLY     NOT FILED            .00             .00
WILSHIRE MTG               SECURED NOT I        .00             .00             .00
CHASE BANK USA NA          UNSECURED         1925.18            .00             .00
PRO SE DEBTOR              DEBTOR ATTY          .00                             .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                      --------------      --------------
TOTALS                     .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 06/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE